EXHIBIT A

February 15, 2021

The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, Virginia 24210

Re: United States of America v.
Kathleen D. Littleford
Case No. 1:20CR50

Dear Judge:

After becoming aware of Kathy Littleford's present difficulties, I wanted to write on her behalf because her situation seems so out-of-character.

I am a life-long Christian and I have known Kathy

a longtime. Our first acquaintance was through Junior League, serving on various committies together, but later for a longer time and in greater depth, through real estate. We were both agents at The Landmark Realty from 1989 until 1992 when Landmark closed. Then again we were both agents at Coldwell Banker Security Real Estate from 1994 until 2011 when I retired.

All of this time, I saw Kathy as honest and fair, trustworthy and dependable. She was personable and friendly and

a pleasure to work with.

Sincerely yours,
Amelia Osborne Jarrard