The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, VA 24210

Re: United States of America
v. Kathleen D. Littleford
Case No 1:20 CR 50

Dear Judge:

I am fully aware of the charges against Kathy and somewhat dismayed that she has fallen in the trap, like so many other lonely widows looking for companionship and love through the internet and was taken advantage of her trusting nature and used her to commit a crime.

I have known Kathy and her husband for over 40 years. I have worked with Kathy in many different organizations, Blue Ridge Garden Club, Junior League of Bristol and many others.

She is a fine lady and as always as been trusting, kind hearted very dependable worker in all her duties and jobs

through these clubs. I have lived in Bristol all my life and returned here after college. My husband, Ron Guest, practiced dentistry here for 42 years at Demont Dental.

I hope you will consider all these fine qualities in your judgement of Kathy.

Sincerely,
Joan Tickle Guest