**EXHIBIT C**

The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, Virginia 24210

Re: United State of America V. Kathleen D. Littleford
Case No. 1:20CR50

Dear Judge:

I am writing to provide a personal statement on behalf of Kathleen D. Littleford.

I have known and been friends with Kathy (as she is affectionally known) for forty-seven years. We were neighbors living in Bristol, Virginia for most of those years.

Kathy is a dedicated and supportive Mother and Grandmother to her children. I watched her as she taught her boys the proper and respectful way to treat people. Her Mother was very important to her and she cared for her until her Mother's death. She also stayed dedicated during her husband's three-year bout with cancer and his death. She strived for respect for her family in the community.

Kathy continued to support herself by being a Real Estate Agent and has a good rapport with people of all ages and connects very well working with clients. She has stayed connected with Bristol and is a member of Junior League of Bristol.

She is a devout Catholic and I have never known Kathy to deviate from her Christian principles.

I am a former Vice President with Wells Fargo Bank. During my 35 years there I witnessed the many different mergers and retired in March of 2004. My years there were in the Bristol/Abingdon area.

Sincerely,
Ellen K. Reynolds