February 22, 2021

**EXHIBIT D**

The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, VA  24210

Re:  United States of America v. Kathleen D Littleford
     Case No. 1:20CR50

Dear Judge Jones:

I have known Kathleen Distefano Littleford for over 50 years as our families attended the same church.

I got to know her better after she married and had her children.  She was a loving wife.  She is a devoted mother to her sons, and a loving grandmother to her granddaughters.  She has always been devoted to her family.  While her husband was living, she was very supportive of him and his business.  She was employed outside the home as a real estate agent in one of Bristol's foremost agencies and was held in high regard by her employer and her clients.  Even though she was a busy mom, agent, and wife, she found time to give back and volunteer in the community. Kathy is very well liked by her friends, her fellow workers, and her fellow volunteers.

Now widowed Kathy continues to be an agent for another outstanding Bristol agency but has taken some time off.  Her broker has been extremely nice in helping her and has taken over her clients.  She continues to be involved with her family, and she still finds time to give to her community.

You can imagine that this has created many comments in the Bristol Community.  However, these have been comments of concern for her welfare.  Comments such as…." what a nice person," ….." such a kind person…"   ……." she is so responsible" ……." you can always count on Kathy" ….."how could this have happened?".  It was very hard on me and others that know her, and have known her, that she would have become involved in anything that would compromise her integrity…………it just doesn't fit!  I am frankly at a loss to comprehend how this might have happened.  She must have been terribly lonely!

I hope you will take into consideration that Kathy has never had any difficulty before.  She is indeed a very kind and giving person….and being so, has evidently made a very bad mistake……

Sincerely,

*Mary Beth Rainero*
Mary Beth Rainero