**EXHIBIT E**

The Honorable James P. Jones

United States District Court

180 Main Street

Abingdon, VA 24210

Re:  United States of America v. Kathleen D. Littleford

   Case No. 1:20CR50

Dear Judge:

My name is Johnnie Strader. I have lived in Bristol all my life. I am now retired but worked for many years as a psychologist at Bristol Regional Mental Health Center and before that as a case manager for Bristol Sheltered Workshop.

I was shocked to hear of Kathy's difficulties. We have known each other since childhood. We went to school together and have been friends all our lives. We have interacted socially and have worked together on committees for charitable causes. I chose Kathy to be our realtor when we sold our home because of her reputation as responsible, committed, and dependable.

Kathy was a dedicated wife to her late husband, Stan, and a fantastic mother to her children and now a proud grandmother to her grandchildren. Family has always been a priority for Kathy.

I have never heard a negative word from anyone about Kathy Littleford. She has been a faithful friend to me and many others.

Sincerely,

*Johnnie Strader*

Johnnie Strader