EXHIBIT F

February 11, 2021

The Honorable James P. Jones
United States District Judge
180 West Main Street
Abingdon, VA 24210

Re: United States of America v. Kathleen D. Littleford
    Case No. 1:20CR50

Dear Judge Jones:

I am a lifelong resident of Bristol and am retired. I have known Kathleen "Kathy" Littleford for over 45 years and knew her late husband Stan.

I have had and maintain a very pleasant social and civic relationship with Kathy. When I read of her pending difficulties in the Bristol Herald Courier, I immediately thought of the loneliness and depression she's mentioned to me since Stan's death, how she longed for a close personal relationship and how all that might make her easy prey for someone who may be inclined to take advantage of her. Her recent problems are so unlike the kind lady, mother, grandmother and friend I've known all these years.

In addition to our social relationship, Kathy and I have served together in Border Guild/Junior League and the Blue Ridge Garden Club. I remember her years working at the Bristol Chamber of Commerce and as a real estate agent. While at the chamber, she was assigned to serve as administrative assistant to my husband, Sid Oakley, in his volunteer capacity as chair of the *Bristol's First With Me Community Pride Campaign* in 1987, and he enjoyed working with her and praised her commendable performance in that capacity.

A lot can be learned about people from reading what they post on Facebook. Kathy's posts are evident of her love for her family with absolutely none of the hatred that is so prevalent on social media.

I wish the best for Kathy in sincere hope that she can suffer through the coming months so she can move on with her life.

Respectfully,

*Joyce Vickle Oakley*

Joyce Vickle Oakley