**EXHIBIT G**

The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, Virginia 24210

RE: United States of America v. Kathleen D. Littleford
    Case No. 1:20CR50

Dear Judge,
I am writing in support of Kathy Littleford in the above case. I have known Kathy for many years. She is a respected member of this community, known for her success as a business woman and contributions to local organizations such as the Junior League of Bristol and the Bristol Ballet, among others. I have worked with her in the JLB and she has contributed much to this organization. On a personal level I have known her socially over the years. She has always been a true friend with upstanding character. Kathy is also a devout Catholic which speaks well of her.

As to my personal history I am the daughter of Waldo and Chris Miles and have lived in Bristol my whole life. I have also been involved in many community activities and have used my Master's Degree in Political Science to teach high school and college political science.

Thank you for considering this letter.

Sincerely,
Chris Miles Jones