**From:** Ann Woods <cotillion95@icloud.com>
**Date:** February 13, 2021 at 12:50:29 PM EST
**To:** Daniel Bieger <dan@biegerlaw.com>
**Subject: Kathleen Littleford**

**EXHIBIT H**

The Honorable James P. Jones
United States District Court
180 W. Main Street
Abingdon, VA 24210

Re: United States of America v. Kathleen D. Littleford, Case No. 1:20CR50

Dear Judge Jones,
I know Kathleen Littleford pleaded guilty to her pending difficulties. I am writing this letter to offer a glimpse of who Kathy is, and that she is far more than the offense she pleaded guilty.

I have known Kathy for over forty years. Until the last fifteen years, our relationship was primarily a social connection or was due to our involvement together in community work. Since then, we have become close friends and I know first hand the many traits of her good character.

These are a few examples of her many good qualities.

Trustworthiness:

Kathy borrowed money from me several times after her husband passed away and her real estate business was slow. She always paid me back very quickly.

Responsibility:

She is a devoted wife, mother, grandmother, aunt and sister. She is the glue that binds this strong Italian

Catholic family together. I have seen her pay for the enrollment of her grandchildren and step grandchildren in my Cotillion programs. She has supported all of her family members in all situations that were needed.

Hardworking:

She always goes beyond the call of duty. I have seen her work diligently to place her many real estate clients in the perfect homes with respect to their needs and financial situations. Due to the professional care which she handles her clients, she has received well deserved income and has earned her clients trust, many of whom have been repeat clients.
For many years, Kathy and I have been members together of the Junior League of Bristol. As a member, she was chairman of many committees and held several important offices. Presently, she is a sustaining advisor to new provisional members. Kathy is highly respected in this organization.

Thoughtful and kind:

I have had several health issues over the years and I cannot think of any friend who has been more supportive or attentive than Kathy.

I was an educator in public schools earlier in my career. In 1995, I became the director of the National League of Cotillions. Starting with one franchise, I expanded and owned eight franchises in Southwest Virginia and Northeast Tennessee. I worked with young people (Kindergarten through 12th grade) teaching etiquette and ballroom and popular dance. My primary objective was to help young people become persons of noble character. I also worked with colleges and businesses holding seminars on various subjects of business protocol and etiquette. In 2014, I sold my Cotillion business.

I am married to William L (Bill) Woods and we have four daughters and nine grandchildren.

As Kathy's good friend, I sincerely hope that you will take her many good qualities into consideration.

Sincerely,
Ann G. Woods