The Honorable James P. Jones  
United States District Court  
180 Main West Main Street  
Abingdon, VA 24210

**EXHIBIT I**

Re: United States of America v. Kathleen D. Littleford  
    Case No. 1:20CR50

Dear Judge:

I am writing this letter on behalf of my longtime friend, Kathleen (Kathy) D. Littleford. Her matter before the court is of great concern to me as I find it greatly out of character for her. I have known Kathy for approximately 36 years.

Kathy has been a loving wife, mother, and grandmother for as long as I have known her. I know for a fact she deeply loved her husband Stan who passed away several years ago and to this day she expresses her deep love she had for him. She is very proud of her sons and their families and especially her grandchildren.

Kathy has been a very valuable citizen of the Bristol area. She has worked with different civic clubs through the years by volunteering her time and energy to help others in need. She was a wonderful neighbor and well respected in the neighborhood a person who would always help you in any way she could if asked. Kathy in my mind is a wonderful, loving, family-oriented woman, who I would trust with anything I own.

I was born and raised in Bristol, Virginia. I graduated from Virginia High School and Virginia Intermont College. I am also a graduate of The FBI National Academy, 161st Session and The Virginia Forensic Science Academy, 55th Session. I retired from the Bristol Virginia Police Department in 2008 after serving 32 years, 22 years in patrol and 10 as Captain of the Criminal Investigations Division.

In closing, I consider Kathy a close personal friend and truly believe her to be a good person.


Andrew Kristofek II