**EXHIBIT J**

The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, Virginia 24210

Re: United States of America v. Kathleen D. Littleford
Case No 1:20CR50

Dear Judge Jones,

It was almost in disbelief when recently reading in our local newspaper about Kathleen Littleford's pending problems.

I have known Kathy Littleford for about fifty years. In fact, in 1971 after college and moving back home to Bristol, my husband and I lived in the Lee Garden Apartments, Bristol, Virginia. Kathy and her husband lived in an apartment close to ours. During the time in living there, Kathy and I, both, were active as mothers of young toddlers in "Mother's Day Out" at State Street Methodist Church. She was a most devoted mother and it was a pleasure for me getting to know her through the two days a week childcare program.

Several years later, Kathy and I were, again, both active members in The Jr. League of Bristol. We worked on various Jr League projects together. I remember Kathy coming into Jr League and immediately became an outstanding member, giving much time to our community.

In 1989, Kathy came to work for my real estate company, The Landmark Realty, as an agent. She worked at The Landmark Realty until I closed my company due to a serious illness and wanting to spend more time with my family. During the time Kathy worked as an agent for me, she was one of the finest agents that I had ever had. I knew when Kathy had a customer or client, the people were getting excellent attention and care. Of course, during the three years Kathy was with my company, she had a key to my office building. There was never any hesitation to her having a key as I knew her only to be honorable, dependable, and respectful.

I am Nancy Baker DeFriece, a Bristol, Virginia-Tennessee native, a Business Woman, an Advocate for The Arts and most of all, an Individual who loves and appreciates her "Family and Friends". I have always thought of Kathleen Littleford as a good person and my friend.

Sincerely,

*Nancy Baker DeFriece*

Nancy Baker DeFriece