**EXHIBIT K**

February 16, 2021

The Honorable James P. Jones

United States District Court

180 West Main Street

Abingdon, VA 24210

Re: United States of America v. Kathleen D. Littleford

   Case No. 1:20CR50

Dear Judge:

I am aware of the pending difficulties that Kathleen Littleford faces and am writing this letter on her behalf.

I have known Kathleen socially for over 35 years and have always known her to be kind, caring and responsible. Along with our husbands, we enjoyed social events during the early years (1970's) of our marriages. She was a devoted wife and mother.

Within the past 15 years, I have enjoyed knowing Kathleen thru our affiliation as members of an area women's garden club. She has been an active and responsible member of this organization for many years. I have always considered her as my friend.

I am currently retired and with the exception of one year, I have always lived in Bristol.   I worked at United Telephone System, Smithkline Beecham, First Class Travel and part-time for Oakley Cook Funeral Home. My husband, Zoi, and I have been married for over 52 years. We have been blessed with two sons, and their wives and four grandchildren.

Sincerely,

*Jean S. Slack*

Jean S. Slack