**EXHIBIT L**

The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, Va. 24202

Re: United States of America v. Kathleen D. Littelford

    Case No. 1:20CR50

Dear Judge:

I have known Kathy Littleford for a long time. My wife and I lived next door to Kathy Littleford for 30+ years. She has always been a good neighbor and friend.

I am aware of and surprised at Kathy's difficult situation she has found herself in, by being manipulated and deceived.

My family and I moved into the house next door to Mrs. Littleford in 1987. I was a Virginia State Police Trooper Pilot with the Med Flight program when we moved next door. Kathy and her family were the first ones to welcome us to the neighborhood.

We lived next door to Kathy and her family for 30+ years. Over the years we became good friends and would often entrust Kathy and her family to watch our home while we were out of town or on vacation. Kathy was often given a key to our home while we were gone. We never had any issues.

My wife and I have always found Kathy to be honest, trustworthy and a woman of integrity.

Sincerely,

*[signature]*
Gary M. Shell