The Honorable James P. Jones
United States District Court
180 West Main Street
Abingdon, Virginia 24210

Re: **United States of America v. Kathleen D. Littleford**
    **Case No. 1:20CR50**

Dear Judge Jones,

My name is Jim Warren and I am a lifelong resident of Washington County and the City of Bristol, Virginia. I am a former teacher and coach on the high school level and for the past 27 years I have been a Real Estate Broker and owner of The Tri-Cities Realty Group. Sadly, I am aware of- and most distressed by- the terrible predicament that my friend Kathy Littleford finds herself in before The Court.

Our families' friendships, especially on the Littleford side, go back nearly a century. I have known Kathy and her late husband Stan since the 1970's as they were part of the "younger group" that my parents loved to be around and help "bring along" with their lives and their families. A closer friendship and association with Kathy began in the early 1990's when I entered the real estate business alongside her in Bristol, Virginia. Already a veteran REALTOR, Kathy immediately struck me as someone to emulate…not only from the standpoint of business practice, but also on how to conduct myself in a more refined and professional fashion with the public. She was always there- willing to help and advise me on any challenge I faced. My personal opinion of her upright character and many fine qualities has steadily strengthened as the years have passed…and it remains unchanged today.

I've witnessed Kathy's dedication to the benevolent works of her beloved Church, and her tireless contributions to the many charitable projects of the Junior League of Bristol…having received their highest honor for community service: The Sue Shawl Memorial Award. But above all, the true measure of Kathy can be seen in her total devotion to family above all else. She dedicated her life to the raising of her family…two of the finest and most accomplished young men I know of. Her three beautiful Granddaughters are the center of her world, and they adore her. Kathy and Stan were an inseparable pair, affectionately devoted to their sons and to each other. They both worked like dogs to provide-for a wonderful and secure family life. When Stan got an unexplainable diagnosis of advanced stage lung cancer, it was in the prime of his life, just as he and Kathy were anticipating finally slowing down and enjoying life. The news came as devastating news to all those who loved Stan, and a crushing blow to Kathy and the boys. His long and cruel decline was horrible. Yet, Kathy remained stoic and optimistic, and attentive to his every need until the bitter end.

Her husband's death left Kathy a devastated, lonely, and scared woman...afraid of what the future might hold. That being said, I believe she turned to social media in order to reconnect with the world, and perhaps as a distraction from her loneliness. And I'm we all now know, that's when her troubles began. Whoever this despicable "person" was that conned and coerced Kathy into doing what she herself admits doing- they are the true criminal here, and Kathy, their victim. I do not believe, nor will I ever believe, that Kathleen Littleford has a larcenous bone in her body. Granted, if she is guilty of anything, it's of being very gullible and very naïve.

Your Honor, I ask only that you use your fair and compassionate discretion when weighing this aging woman's fate. She has led an exemplary life as a working Mother and Wife, a servant to her community and to others, and as a contributive, valuable Citizen and member of Society.

Thank you Sir for your consideration,

James W. Warren