IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:20CR00050 |
| : | |
| **KATHLEEN D. LITTLEFORD** : | |

**UNITED STATES' RESPONSE TO REQUEST FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

In light of the length of supervised release served to date by Kathleen D. Littleford, her successful performance on supervised release and other factors, the United States does not object to her motion for early termination of supervised release.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ Lena L. Busscher
Assistant United States Attorney
Virginia Bar No. 82353
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which provides notice to the counsel of record.

/s/ Lena L. Busscher
Assistant United States Attorney