# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:20CR00050 |
| v.     ) | **ORDER** |
| ) | |
| **KATHLEEN D. LITTLEFORD,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.   ) | |

It appearing proper, the government not objecting, it is **ORDERED** that the letter-motion seeking early termination of probation, ECF No. 23, is GRANTED. The defendant, Kathleen D. Littleford, is hereby DISCHARGED from probation pursuant to 18 U.S.C. § 3564(c), the court finding that the defendant has served more than one year of supervision and that termination at this time of the defendant's supervision is warranted by the conduct of the defendant and the interest of justice.

The Clerk shall provide a copy of this Order to the defendant and to the U.S. Probation Office.

ENTER: January 13, 2023

/s/ JAMES P. JONES
Senior United States District Judge